## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



**ORDER**

March 15, 2013

Before

WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| No.: 12-1974 | DIVERSATEK, INCORPORATED,<br>Plaintiff - Appellee<br><br>v.<br><br>QBE INSURANCE CORPORATION,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 2:07-cv-01036-CNC<br>Eastern District of Wisconsin<br>District Judge Charles N. Clevert ||

Upon consideration of the **MOTION FOR LIMITED REMAND**, filed on March 5, 2013, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED.** In light of the district court's indication that it is inclined to modify its judgment, this appeal is REMANDED to the district court for further proceedings. *See* Fed. R. App. P. 12.1; Cir. R. 57. The parties are reminded that a new notice of appeal must be filed by any party dissatisfied with the judgment as modified. *See* Cir. R. 57.

form name: **c7_Order_3J**(form ID: **177**)